# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700220**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## BRUCE A. DURAN
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding General, 3d Marine Division,
Okinawa, Japan.
Staff Judge Advocate's Recommendation: Captain Justin D. Petty,
USMC.
For Appellant: Lieutenant Kimberly Rios, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 13 February 2018

———————————

Before HUTCHISON, FULTON, and FOIL, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court